# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| THE S&Q SHACK, LLC | § | Case No. 09-67151 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PAUL H. ANDERSON, JR., TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                                Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 51,475.80           Claims Discharged
                                                      Without Payment: NA

Total Expenses of Administration: 702,695.32

---

3) Total gross receipts of $ 754,171.12  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 754,171.12  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 702,756.60 | 702,756.60 | 702,695.32 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 266,034.40 | 266,034.40 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 750.00 | 750.00 | 750.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 841,576.96 | 902,924.98 | 456,531.80 | 50,725.80 |
| **TOTAL DISBURSEMENTS** | $ 841,576.96 | $ 1,872,465.98 | $ 1,426,072.80 | $ 754,171.12 |

4) This case was originally filed under chapter 7 on 03/19/2009 . The case was pending for 112 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/24/2018        By:/s/PAUL H. ANDERSON, JR., TRUSTEE
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010) *(Page: 2)*

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preferred shares in RSPS Holdings, LLC | 1129-000 | 375,000.00 |
| Avoidance claims based on disclosed transfers | 1149-000 | 379,155.00 |
| Post-Petition Interest Deposits | 1270-000 | 16.12 |
| Non-Estate Receipts | 1280-000 | 0.00 |
| TOTAL GROSS RECEIPTS | | $ 754,171.12 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:PAUL H. ANDERSON, JR., AS TRUSTEE | 2100-000 | NA | 40,958.56 | 40,958.56 | 40,958.56 |
| TRUSTEE EXPENSES:PAUL H. ANDERSON, JR., AS TRUSTEE | 2200-000 | NA | 1,426.64 | 1,426.64 | 1,426.64 |
| SHANE'S NATIONAL MARKETING FUND | 2500-000 | NA | 51,889.00 | 51,889.00 | 51,889.00 |
| ASSOCIATED BANK | 2600-000 | NA | 11,125.99 | 11,125.99 | 11,125.99 |
| Bank of America | 2600-000 | NA | 3,091.66 | 3,091.66 | 3,091.66 |
| CLERK, U.S. BANKRUPTCY COURT | 2700-000 | NA | 293.00 | 293.00 | 293.00 |
| BANK OF AMERICA, N.A. | 2990-000 | NA | 123.83 | 123.83 | 123.83 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):PAUL H. ANDERSON, JR., ATTORNEY | 3110-000 | NA | 77,500.00 | 77,500.00 | 77,500.00 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):PAUL H. ANDERSON, JR., ATTORNEY | 3120-000 | NA | 619.46 | 619.46 | 619.46 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):MERRITT WATSON, LLP | 3210-000 | NA | 37,185.20 | 37,185.20 | 37,185.20 |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):SCHULZ, ESQ., JAMES R. | 3210-000 | NA | 153,265.96 | 153,265.96 | 153,204.68 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):MERRITT WATSON, LLP | 3220-000 | NA | 635.63 | 635.63 | 635.63 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):SCHULZ, ESQ., JAMES R. | 3220-000 | NA | 61.28 | 61.28 | 61.28 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):THOMPSON REPORTER SERVICE, INC. | 3220-000 | NA | 1,347.75 | 1,347.75 | 1,347.75 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):PAUL A. JONES & COMPANY, LLC | 3410-000 | NA | 226,719.50 | 226,719.50 | 226,719.50 |
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):PAUL A. JONES & COMPANY, LLC | 3420-000 | NA | 1,967.46 | 1,967.46 | 1,967.46 |
| BRYAN CAVE, LLP | 3991-000 | NA | 12,169.33 | 12,169.33 | 12,169.33 |
| HUNTON & WILLIAMS, LLP | 3991-000 | NA | 77,911.17 | 77,911.17 | 77,911.17 |
| BRYAN CAVE, LLP | 3992-000 | NA | 4,465.18 | 4,465.18 | 4,465.18 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 702,756.60 | $ 702,756.60 | $ 702,695.32 |

UST Form 101-7-TDR (10/1/2010) *(Page: 5)*

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BV RETAIL, LLC | 6920-000 | NA | 266,034.40 | 266,034.40 | 0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 266,034.40 | $ 266,034.40 | $ 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 750.00 | 750.00 | 750.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 750.00 | $ 750.00 | $ 750.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BV Retail, Inc. 14825 John J. Delaney Drive Suite 260 Charlotte, NC 28277 | | 600,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blanchard, Miller, Lewis & Styers, PA 1117 Hillsborough Street Raleigh, NC 27603 | | 2,820.00 | NA | NA | 0.00 |
| | DLA Piper One Atlantic Center 1201 W. Peachtree St., #2800 Atlanta, GA 30309-3450 | | 77,424.09 | NA | NA | 0.00 |
| | Davis, Pickren & Seydel 285 Peachtree Center Ave. Suite 2300 Atlanta, GA 30303 | | 15,000.00 | NA | NA | 0.00 |
| | Hill, Kertscher & Wharton, LLP 3350 Riverwood Parkway Suite 800 Atlanta, GA 30339 | | 854.00 | NA | NA | 0.00 |
| | McCranie & Burns, LLP P.O. Box 3398 Gainesville, GA 30503 | | 2,731.25 | NA | NA | 0.00 |
| | Middlebelt Plymouth Venture 17800 Laurel Park Drive, N Suite 200C Livonia, MI 48152 | | 90,000.00 | NA | NA | 0.00 |
| | Safeguard Business Systems P.O. Box 88043 Chicago, IL 60680 | | 83.98 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Shane's National Marketing Fd Shane's Ribshack Marketing Acc 1425 Ellsworth Ind. Dr.,NE,#38 Atlanta, GA 30318 | | 51,889.64 | NA | NA | 0.00 |
| | The Color Spot 1225 Winchester Pkwy Smyrna, GA 30080 | | 774.00 | NA | NA | 0.00 |
| 000001A | BV RETAIL, LLC | 7100-000 | NA | 800,424.98 | 354,031.80 | 50,370.11 |
| | INTERNAL REVENUE SERVICE | 7100-000 | NA | 2,500.00 | 2,500.00 | 355.69 |
| 000002 | MIDDLEBELT PLYMOUTH VENTURE, LLC | 7100-000 | NA | 100,000.00 | 100,000.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 841,576.96 | $ 902,924.98 | $ 456,531.80 | $ 50,725.80 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit 8

| Case No: | 09-67151 | BEM | Judge: Barbara Ellis-Monro | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
| Case Name: | THE S&Q SHACK, LLC | | | Date Filed (f) or Converted (c): | 03/19/09 (f) |
| | | | | 341(a) Meeting Date: | 11/01/10 |
| For Period Ending: | 03/31/19 | | | Claims Bar Date: | 09/29/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Preferred shares in RSPS Holdings, LLC | 600,000.00 | 600,000.00 | | 375,000.00 | FA |
| taken in connection with asset sale to Petrus Brands (Edmonds Capital). Estimated value includes $51,889 paid at closing to creditor Shane's National Marketing Fund per sale contract with purchaser Edmonds Capital Fund I, LLC. | | | | | |
| 2. Avoidance claims based on disclosed transfers | 0.00 | 2,099,000.00 | | 379,155.00 | 1,719,845.00 |
| 3. Avoidance claims based upon undisclosed transfers (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| 4. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 16.12 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $600,000.00 | $2,699,000.00 | | $754,171.12 | $1,719,845.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1. Debtor's appeal of entry of order for relief docketed 2/8/11 in District Court was denied.

 2. Sale of estate's interests in RSPS Holdings, LLC, taken in connection with the Debtor's 1/09 prepetition asset sale,
was approved 11/6/11 and closed on 11/14/11.

 3. An avoidance claim investigation led by the attorney for the petitioning creditor was concluded, with the estate's
forensic accountant working with the petitioning creditor's attorney, and demand letters were sent with no result.
Adversary Proceeding no. 12-5429 was then filed 8/4/12, and special trial attorney employed. abeyance pending pending a
rescheduled consensual evidentiary hearing on objections to allowance and for quantification of the petitioning
creditor's proof of claim and/or administrative rent claims in the case, which bore heavily on the prospects for
settling the litigation. The Court ruled, and the claim was quantified during the reporting period. See item 4 below.

LFORM1

Ver: 20.00i

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit 8

| | |
|---|---|
| Case No: 09-67151  BEM  Judge: Barbara Ellis-Monro | Trustee Name: PAUL H. ANDERSON, JR., TRUSTEE |
| Case Name: THE S&Q SHACK, LLC | Date Filed (f) or Converted (c): 03/19/09 (f) |
| | 341(a) Meeting Date: 11/01/10 |
| | Claims Bar Date: 09/29/11 |

4. A pretrial conference on the objection to the petitioning creditor's claims was scheduled for 4/1/14, at which Judge Diehl, new to the case but well informed, set a 5-6/14 briefing schedule, with trial expected late summer or early fall. After trial, an Order was entered on 3/2/15 partially disallowing the claim, with the allowed amount to be determined after further hearing. A status conference re remaining issues was held on 4/9/15, and after further proceedings the Court entered orders on the allowance issues. The estate made a global settlement offer to the defendants shortly before the beginning of the reporting period, but it was rejected.

5. The claims in the litigation, together with those in the related case of Raving Brands, Inc. (see below), were mediated by Hon. Paul Bonapfel on 11/10/16, resulting in agreement of practically all the parties that the claims would be settled by payment of $375,000 to the estate in this case (not including separate settlements with two individuals for a total of $4,600). Thereafter, the parties spent several months attempting to incorporate the agreed settlement terms into a more detailed formal agreement which would be the subject of a motion seeking the Court's approval, with agreement on the details of such formal motion delayed by concerns raised by certain settling defendants. The Court approved the financial terms of the settlement agreement by Order entered 8/30/17 following an evidentiary hearing which resolved two objections, and the settlement funds were received on 9/18/17 and 9/29/17.

6. Related case: Raving Brands, Inc. (09-68410).

Initial Projected Date of Final Report (TFR): 04/30/13     Current Projected Date of Final Report (TFR): 12/31/17

        /s/    PAUL H. ANDERSON, JR., TRUSTEE
_____  Date: 05/24/18
        PAUL H. ANDERSON, JR., TRUSTEE

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-67151 -BEM | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | THE S&Q SHACK, LLC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9494  Checking - Non Interest |
| Taxpayer ID No: | *******5956 | | |
| For Period Ending: | 03/31/19 | Blanket Bond (per case limit): | $ 30,390,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/30/12 | | Trsf In From Bank of America | INITIAL WIRE TRANSFER IN | 9999-000 | 225,365.95 | | 225,365.95 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 9.26 | 225,356.69 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 138.92 | 225,217.77 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 143.48 | 225,074.29 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 334.58 | 224,739.71 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 301.80 | 224,437.91 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 333.67 | 224,104.24 |
| 04/15/13 | 003001 | Merritt Watson, LLP | PER ORDER ENTERED | | | 37,480.45 | 186,623.79 |
| | | | 4/10/13; Special attorneys fees, expenses | | | | |
| | | | Fees         37,185.20 | 3210-000 | | | |
| | | | Expenses        295.25 | 3220-000 | | | |
| 04/15/13 | 003002 | Paul A. Jones & Company, LLC | PER ORDER ENTERED | | | 57,000.00 | 129,623.79 |
| | | | 4/10/13; forensic accpountant's fees, expenses | | | | |
| | | | Fees         56,879.83 | 3410-000 | | | |
| | | | Expenses        120.17 | 3420-000 | | | |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 268.05 | 129,355.74 |
| 06/04/13 | 003003 | Thomkpson Reporter Service, Inc. | PER ORDER ENTERED | 3220-000 | | 560.25 | 128,795.49 |
| | | | 5/29/13; court reporting services | | | | |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 192.34 | 128,603.15 |
| 06/19/13 | 003004 | Thompson Reporter Service, Inc. | PER ORDER ENTERED | 3220-000 | | 787.50 | 127,815.65 |
| | | | 6/14/13; Court reporting services | | | | |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 185.06 | 127,630.59 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 189.76 | 127,440.83 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 189.47 | 127,251.36 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 183.11 | 127,068.25 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 188.91 | 126,879.34 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 182.55 | 126,696.79 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 188.35 | 126,508.44 |
| | | | Page Subtotals | | 225,365.95 | 98,857.51 | |

Ver: 20.00i

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 11)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 09-67151 -BEM | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | THE S&Q SHACK, LLC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9494  Checking - Non Interest |
| Taxpayer ID No: | *******5956 | | |
| For Period Ending: | 03/31/19 | Blanket Bond (per case limit): | $ 30,390,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 188.09 | 126,320.35 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 169.63 | 126,150.72 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 187.55 | 125,963.17 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 181.23 | 125,781.94 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 187.00 | 125,594.94 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 180.70 | 125,414.24 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 186.46 | 125,227.78 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 186.18 | 125,041.60 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 179.92 | 124,861.68 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 185.63 | 124,676.05 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 179.38 | 124,496.67 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 185.07 | 124,311.60 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 184.83 | 124,126.77 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 166.68 | 123,960.09 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 184.28 | 123,775.81 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 178.09 | 123,597.72 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 183.75 | 123,413.97 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 177.55 | 123,236.42 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 183.22 | 123,053.20 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 182.95 | 122,870.25 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 176.79 | 122,693.46 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 182.41 | 122,511.05 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 176.26 | 122,334.79 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 181.88 | 122,152.91 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 181.62 | 121,971.29 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 169.63 | 121,801.66 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 181.08 | 121,620.58 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 174.99 | 121,445.59 |
| | | | | Page Subtotals | 0.00 | 5,062.85 | |

Ver: 20.00i

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 12)

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 09-67151 -BEM | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | THE S&Q SHACK, LLC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9494  Checking - Non Interest |
| Taxpayer ID No: | *******5956 | | |
| For Period Ending: | 03/31/19 | Blanket Bond (per case limit): | $ 30,390,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 180.55 | 121,265.04 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 174.47 | 121,090.57 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 180.04 | 120,910.53 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 179.74 | 120,730.79 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 173.71 | 120,557.08 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 179.23 | 120,377.85 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 173.20 | 120,204.65 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 178.71 | 120,025.94 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 178.46 | 119,847.48 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 160.94 | 119,686.54 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 177.94 | 119,508.60 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 171.95 | 119,336.65 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 177.40 | 119,159.25 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 171.44 | 118,987.81 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 176.93 | 118,810.88 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 176.64 | 118,634.24 |
| 09/18/17 | 2 | Davis, Pickren, Seydel & Sneed, LLP | SETTLEMENT PAYMENT<br>per 8/30/17 Order. (Subject to proration with Raving Brands estate) | 1149-000 | 25,000.00 | | 143,634.24 |
| 09/18/17 | 2 | Davis, Pickren et al, f/b/o J. Rutherford Seydel | SETTLEMENT PAYMENT<br>per 8/30/17 Order. (Subject to proration with Raving Brands estate) | 1149-000 | 65,000.00 | | 208,634.24 |
| 09/29/17 | | Hill Kertscher & Wharton LLP for Sprock | SETTLEMENT PAYMENT | | 310,000.00 | | 518,634.24 |
| | 2 | | Memo Amount:     284,555.00<br>per 8/30/17 Order. | 1149-000 | | | |
| | | | Memo Amount:      25,445.00 | 1280-000 | | | |
| 09/29/17 | 003005 | Paul H. Anderson, Jr. as Trustee in Raving Brands, Inc. | SETTLEMENT PROCEEDS<br>Pursuant to Order on Motion entered 8/30/17 [Doc. No. 212] | 1280-000 | -25,445.00 | | 493,189.24 |

Page Subtotals  374,555.00  2,811.35

Ver: 20.00i

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 13)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit 9

| Case No: | 09-67151 -BEM | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | THE S&Q SHACK, LLC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9494  Checking - Non Interest |
| Taxpayer ID No: | *******5956 | | |
| For Period Ending: | 03/31/19 | Blanket Bond (per case limit): | $ 30,390,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | $310,000 check received from Hill Kertscher & Wharton LLP f/b/o M. Sprock as settlement of claims in both The S&Q Shack, LLC and Raving Brands, Inc. pursuant to Motion to Settle with settlement agreement attached [Doc. No. 197] and Order on Motion entered 8/30/17 [Doc. No. 212]. Settlement agreement stated $25,445 of the settlement amount is apportioned to Raving Brands, Inc. estate and payment of that portion is made to that estate accordingly per Order. | | | | |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 222.48 | 492,966.76 |
| 12/18/17 | 2 | Levine & Block, LLC f/b/o Robert Brand | SETTLEMENT PROCEEDS per 8/30/17 Order. | 1149-000 | 1,000.00 | | 493,966.76 |
| 01/08/18 | 2 | Michael Familetti, Atty, f/b/o Randal Hollingsworth | SETTLEMENT PROCEEDS per 8/30/17 Order. | 1149-000 | 3,600.00 | | 497,566.76 |
| 04/30/18 | 003006 | Paul H. Anderson, Jr., as Trustee | PER ORDER ENTERED 4/27/18 | | | 42,385.20 | 455,181.56 |
| | | | Fees            40,958.56 | 2100-000 | | | |
| | | | Expenses         1,426.64 | 2200-000 | | | |
| 04/30/18 | 003007 | PAUL H. ANDERSON, JR., ATTORNEY TWO PIEDMONT CENTER, SUITE 315 3565 PIEDMONT ROAD, NE ATLANTA, GA  303035 | PER ORDER ENTERED 4/27/18 | | | 78,119.46 | 377,062.10 |
| | | | Fees            77,500.00 | 3110-000 | | | |
| | | | Expenses          619.46 | 3120-000 | | | |
| 04/30/18 | 003008 | PAUL A. JONES & COMPANY, LLC 750 Hammond Drive Building 12, Suite 310 Atlanta, GA  30328 | PER ORDER ENTERED 4/27/18 | | | 171,686.96 | 205,375.14 |
| | | | Fees           169,839.67 | 3410-000 | | | |

Page Subtotals        4,600.00        292,414.10

Ver: 20.00i

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 14)

FORM 2

Page: 5

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 09-67151 -BEM | | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
| Case Name: | THE S&Q SHACK, LLC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9494  Checking - Non Interest |
| Taxpayer ID No: | *******5956 | | | |
| For Period Ending: | 03/31/19 | | Blanket Bond (per case limit): | $ 30,390,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses           1,847.29 | 3420-000 | | | |
| 04/30/18 | 003009 | Clerk, U.S. Bankruptcy Court<br>1340 Richard B. Russell Building<br>75 Spring Street, S.W.<br>Atlanta, GA 30303 | PER ORDER ENTERED 4/27/18 | 2700-000 | | 293.00 | 205,082.14 |
| 04/30/18 | 003010 | James R. Schulz, Esq.<br>PO Box 680381<br>Marietta, GA 30068 | PER ORDER ENTERED 4/27/18 | | | 153,265.96 | 51,816.18 |
| | | | Fees           153,204.68 | 3210-000 | | | |
| | | | Expenses              61.28 | 3220-000 | | | |
| 04/30/18 | 003011 | Merritt Watson LLP<br>200 Galleria Parkway SE<br>Suite 500<br>Atlanta, GA 30339 | PER ORDER ENTERED0 4/27/18 | 3220-000 | | 340.38 | 51,475.80 |
| 04/30/18 | 003012 | INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>2970 MARKET STREET<br>PHILADELPHIA, PA. 19101-7317 | FIRST AND FINAL DIVIDEND | 5800-000 | | 750.00 | 50,725.80 |
| 04/30/18 | 003013 | BV Retail, LLC<br>c/o Hunton & Williams, LLP<br>Attn: Mark I. Duedall<br>Suite 4100, 600 Peachtree Street,<br>Atlanta, GA 30308 | FIRST AND FINAL DIVIDEND | 7100-000 | | 50,370.11 | 355.69 |
| 04/30/18 | 003014 | INTERNAL REVENUE SERVICE | FIRST AND FINAL DIVIDEND | 7100-000 | | 355.69 | 0.00 |

Page Subtotals            0.00        205,375.14

Ver: 20.00i

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 15)

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6
Exhibit 9

| Case No: | 09-67151 -BEM | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | THE S&Q SHACK, LLC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9494  Checking - Non Interest |
| Taxpayer ID No: | *******5956 | | |
| For Period Ending: | 03/31/19 | Blanket Bond (per case limit): | $ 30,390,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 310,000.00 | COLUMN TOTALS | | 604,520.95 | 604,520.95 | 0.00 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 225,365.95 | 0.00 | |
| | | | Subtotal | | 379,155.00 | 604,520.95 | |
| | Memo Allocation Net: | 310,000.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 379,155.00 | 604,520.95 | |

Page Subtotals       0.00       0.00

Ver: 20.00i

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 16)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 7
Exhibit 9

| Case No: | 09-67151 -BEM | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | THE S&Q SHACK, LLC | Bank Name: | Bank of America |
| | | Account Number / CD #: | *******1496 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5956 | | |
| For Period Ending: | 03/31/19 | Blanket Bond (per case limit): | $ 30,390,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/14/11 | | Edmonds Capital Fund I, LLC | Net sale proceeds of RSPS Holdings | | 323,111.00 | | 323,111.00 |
| | | | Bank Serial #: 000000 | | | | |
| | | | LLC preferred units ($375,000 less $51,889 payment | | | | |
| | | | at closing to creditor Shanes National Marketing Fund | | | | |
| | | | per approved contract terms) wired per 11/6/11 Order. | | | | |
| | 1 | EDMONDS CAPITAL FUND I, LLC | Memo Amount: 375,000.00 | 1129-000 | | | |
| | | | Net sale proceeds of RSPS Holdings | | | | |
| | | SHANE'S NATIONAL MARKETING FUND | Memo Amount: ( 51,889.00 ) | 2500-000 | | | |
| | | | MARKETING EXPENSES | | | | |
| * 11/14/11 | | Bank of America | BANK SERVICE FEE | 2600-003 | | 10.00 | 323,101.00 |
| | | | Adjustment added before reconciliation of the wire | | | | |
| | | | transfer could be completed by Trustee's office. | | | | |
| 11/28/11 | 000101 | Hunton & Williams, LLP | PER ORDER ENTERED | 3991-000 | | 77,911.17 | 245,189.83 |
| | | Attn: Lisa Sneed | 11/21/11; allowed admin. exp. claim of petitioning | | | | |
| | | 600 Peachtree Street, Ste. 4100 | creditor BV | | | | |
| | | Atlanta, GA 30308 | Retail, LLP ($94,545.68), prorated at its direction. | | | | |
| | | | (Ref.75655) | | | | |
| 11/28/11 | 000102 | Bryan Cave, LLP | PER ORDER ENTERED | | | 16,634.51 | 228,555.32 |
| | | Attn: Mark I. Duedall, Esq. | 12/21/11; allowed admin. exp. claim ($94,545.68) of | | | | |
| | | 1201 W. Peachtree St., N.W., 14th Floor | petitioning creditor BV Retail, LLP, prorated at its | | | | |
| | | Atlanta, GA 30309 | direction. | | | | |
| | | | Fees 12,169.33 | 3991-000 | | | |
| | | | Expenses 4,465.18 | 3992-000 | | | |
| * 12/12/11 | | BANK OF AMERICA | BANK OF AMERICA | 2600-003 | 10.00 | | 228,565.32 |
| | | | Adjustment added before reconciliation of the wire | | | | |
| | | | transfer could be completed by Trustee's office. Fixed | | | | |
| | | | by Trustees office 12/12/11 | | | | |
| 12/30/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 281.79 | 228,283.53 |
| 01/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 299.39 | 227,984.14 |

Page Subtotals     323,121.00     95,136.86

Ver: 20.00i

FORM 2

Page: 8

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-67151 -BEM | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | THE S&Q SHACK, LLC | Bank Name: | Bank of America |
| | | Account Number / CD #: | *******1496 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5956 | | |
| For Period Ending: | 03/31/19 | Blanket Bond (per case limit): | $ 30,390,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/12 | 4 | Bank of America | Interest Rate  0.010 | 1270-000 | 1.06 | | 227,985.20 |
| 02/29/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 270.96 | 227,714.24 |
| 03/30/12 | 4 | Bank of America | Interest Rate  0.010 | 1270-000 | 1.93 | | 227,716.17 |
| 03/30/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 279.98 | 227,436.19 |
| 04/30/12 | 4 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 1.87 | | 227,438.06 |
| 04/30/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 288.96 | 227,149.10 |
| 05/31/12 | 4 | Bank of America | Interest Rate  0.010 | 1270-000 | 1.92 | | 227,151.02 |
| 05/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 288.59 | 226,862.43 |
| 06/29/12 | 4 | Bank of America | Interest Rate  0.010 | 1270-000 | 1.86 | | 226,864.29 |
| 06/29/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 269.63 | 226,594.66 |
| 07/31/12 | 4 | Bank of America | Interest Rate  0.010 | 1270-000 | 1.92 | | 226,596.58 |
| 07/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 297.17 | 226,299.41 |
| 08/31/12 | 4 | Bank of America | Interest Rate  0.010 | 1270-000 | 1.92 | | 226,301.33 |
| 08/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 287.51 | 226,013.82 |
| 09/28/12 | 4 | Bank of America | Interest Rate  0.010 | 1270-000 | 1.85 | | 226,015.67 |
| 09/28/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 259.36 | 225,756.31 |
| 10/23/12 | 000103 | Bank of America, N.A. | PER ORDER ENTERED 7/16/12;  Rule 2004 production expenses Invoices 205037 and 207464 | 2990-000 | | 123.83 | 225,632.48 |
| 10/30/12 | 4 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 1.79 | | 225,634.27 |
| 10/30/12 | | Bank of America 901 MAIN STREET DALLAS, TX  75283 | BANK FEES | 2600-000 | | 268.32 | 225,365.95 |
| 10/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 225,365.95 | 0.00 |
| * 03/14/18 | | Reverses Adjustment IN on 12/12/11 | BANK OF AMERICA | 2600-003 | -10.00 | | -10.00 |
| * 03/14/18 | | Reverses Adjustment OUT on 11/14/11 | BANK SERVICE FEE | 2600-003 | | -10.00 | 0.00 |

Page Subtotals       6.12       227,990.26

Ver: 20.00i

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 9
Exhibit 9

| Case No: | 09-67151 -BEM | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | THE S&Q SHACK, LLC | Bank Name: | Bank of America |
| | | Account Number / CD #: | *******1496 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5956 | | |
| For Period Ending: | 03/31/19 | Blanket Bond (per case limit): | $ 30,390,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 375,000.00 | COLUMN TOTALS | | 323,127.12 | 323,127.12 | 0.00 |
| | Memo Allocation Disbursements: | 51,889.00 | Less: Bank Transfers/CD's | | 0.00 | 225,365.95 | |
| | | | Subtotal | | 323,127.12 | 97,761.17 | |
| | Memo Allocation Net: | 323,111.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 323,127.12 | 97,761.17 | |
| | Total Allocation Receipts: | 685,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | Total Allocation Disbursements: | 51,889.00 | Checking - Non Interest - ********9494 | | 379,155.00 | 604,520.95 | 0.00 |
| | | | Money Market Account (Interest Earn - ********1496 | | 323,127.12 | 97,761.17 | 0.00 |
| | Total Memo Allocation Net: | 633,111.00 | | | 702,282.12 | 702,282.12 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ PAUL H. ANDERSON, JR., TRUSTEE _____ Date: 05/24/18
PAUL H. ANDERSON, JR., TRUSTEE

Page Subtotals    0.00    0.00

Ver: 20.00i

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*